

**ORDERED in the Southern District of Florida on April 3, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

EDUARDO RAMIREZ

                         Debtor(s)

_____/

CASE NO. 13-11700-AJC
CHAPTER 7

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY(D.E. 27)

THIS CAUSE came on for consideration ex parte upon Motion of Creditor, SUNTRUST BANK(D.E. 27), seeking relief from the automatic stay. The Court finds that the interested parties were served with the motion and the bulletin pursuant to Local Rule 4001(c) and Creditor filed a Certificate of No Response and Request for Entry of Order. Therefore, the interested parties are deemed to have consented to the entry of the Order Granting Motion for Relief from Automatic Stay requested as none of the interest parties served a written response to the motion. Accordingly, it is

ORDERED: The Motion for Relief from Automatic Stay be, and the same is, hereby granted.  It is further

ORDERED: The Order Granting Relief Motion for Modification of Automatic Stay be, and the same is, hereby entered for the sole purpose of allowing Creditor to obtain an in-rem judgment against the property, to wit:

```
Unit No. 204, Building 4550 of Casa Bella, a Condominium, according to the
Declaration of Condominium thereof, as recorded in Official Records Book
25532, Pages 0967-1364, of the Public Records of Miami-Dade County, Florida.
```

**A/K/A: 4550 W16 AVENUE #204, HIALEAH, FL 33012**

And any other remedies the Creditor may have under applicable non-bankruptcy law and that Movant shall not seek or obtain an in-personam judgment against the Debtor.

ORDERED: The fourteen (14) day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3) is waived and in rem relief is effective as of the date of this Order.

###

Daniel C. Consuegra is directed to serve copies of this order on the parties listed and file a certificate of service.

Copies furnished to:

SUNTRUST BANK
9204 KING PALM DRIVE
TAMPA, FL 33619

EDUARDO  RAMIREZ
4550 W 53 ST.
HIALEAH, FL 33016

RICARDO CORONA,ESQUIRE
3899 NW 7TH ST #202B
MIAMI, FL 33126

SONEET KAPILA, TRUSTEE
PO BOX 14213
FT. LAUDERDALE, FL 33302

UNITED STATES TRUSTEE
51 SOUTHWEST FIRST AVENUE, SUITE 1204
MIAMI, FL 33130